Adam R. Fox (State Bar No. 220584)
Anne K. Choi (State Bar No. 216244)
SQUIRE, SANDERS & DEMPSEY LLP
801 South Figueroa, 14th Floor
Los Angeles, California 90017-5554
Phone: 213-624-2500
Fax: 213-623-4581

Attorneys for Defendants
MESQUITE INVESTORS, L.L.C.;
EL PASO CHAPARRAL MANAGEMENT,
L.P. (erroneously named Chaparral
Management, L.P.); and UNITED GOLDEN
GATE POWER COMPANY, L.L.C

David J. Cooper (State Bar No. 047615)
Dawn Bittleston (State Bar No. 198875)
KLEIN, DeNATALE, GOLDNER, COOPER,
ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Phone: 661-395-1000
Fax: 661-326-0418

Attorneys for Plaintiff WZI INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| WZI INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MESQUITE INVESTORS, L.L.C.; CHAPARRAL MANAGEMENT, L.P.; UNITED GOLDEN GATE POWER COMPANY, L.L.C; and DOES 1 through 50, Inclusive,<br><br>Defendants. | CASE NO. F-04-5551 REC DLB<br><br>*REMOVED FROM:*<br>KERN COUNTY SUPERIOR COURT<br>CASE NO. S-1500-CV252183-AEW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER THEREON** |

LosAngeles/176407.1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed *with prejudice* pursuant to FRCP 41(a)(1).  Each party further stipulates that it shall bear its own costs and attorney fees, and that the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

DATED: May ___, 2005         SQUIRE, SANDERS & DEMPSEY L.L.P.


By:   /s/ *Adam R. Fox*
           Adam R. Fox
           Anne K. Choi
Attorneys for Defendants
MESQUITE INVESTORS, L.L.C.;
EL PASO CHAPARRAL MANAGEMENT, L.P. (erroneously named "Chaparral Management, L.P."); and UNITED GOLDEN GATE POWER COMPANY, L.L.C

DATED: May ___, 2005         KLEIN, DeNATALE, GOLDNER, COOPER, ROSENLIEF, & KIMBALL, L.L.P.


By:   /s/ *David Cooper*
           David Cooper
           Dawn Bittleston
Attorneys for Plaintiff WZI INC.


**ORDER**

IT IS SO ORDERED.

DATED:  6/9/05          /s/ ROBERT E. COYLE
                        UNITED STATES DISTRICT JUDGE

LosAngeles/176407.1

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com